1  JOHN F. KRATTLI, County Counsel
   RUBEN BAEZA, JR., Assistant County Counsel
2  RICHARD KUDO, Senior Deputy County Counsel
   (SBN 84630) • *rkudo@counsel.lacounty.gov*
3  JESSIE LEE, Senior Associate County Counsel
   (SBN 266711) • *jlee@counsel.lacounty.gov*
4  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
5  Los Angeles, California 90012-2713
   Telephone: (213) 974-1955 · Fax: (213) 687-8822
6
   Attorneys for Defendant
7  MARK RIDLEY-THOMAS

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  ADDIE M. MILLER,                    CASE NO. 2:13-CV-00666 SVW-E

12              Plaintiff,              **ORDER OF DISMISSAL**

13       v.                            **[JS-6]**

14  CRENSHAW CHAMBER OF
    COMMERCE, BLACK BUSINESS
15  ASSOCIATION, WEST LOS
    ANGELES COMMUNITY
16  DEVELOPMENT CORPORATION,
    BLACK BUSINESS ASSOCIATION,
17  GREATER LOS ANGELES AFRICAN
    AMERICAN CHAMBER OF
18  COMMERCE, SOUTHERN
    CALIFORNIA GRANT MAKERS,
19  CALIFORNIA COMMUNITY
    FOUNDATION, CONGRESS OF
20  RACIAL EQUALITY CALIFORNIA,
    MARK RIDLEY-THOMAS, THE LOS
21  ANGELES COALITION OF
    ECONOMY AND JOBS, LOS
22  ANGELES LEAGUE OF WOMEN
    VOTERS, THE LOS ANGELES
23  LEAGUE OF CONSERVATION
    VOTERS, COMMUNITY
24  COALITION, ALLIANCE OF
    CALIFORNIANS FOR COMMUNITY
25  EMPOWERMENT, WATTS LABOR
    COMMUNITY ACTION
26  COMMITTEE, CENTRAL CITY
    ASSOCIATION, SOUTH PARK
27  ASSOCIATION, INC., THE LOS
    ANGELES AREA CHAMBER OF
28  COMMERCE, VALLEY INDUSTRY

1 | AND COMMERCE ASSOCIATION,
and THE LOS ANGELES BUSINESS
2 | COUNCIL,

3 |              Defendants.

4

5 | _____

6 |            In consideration of the stipulation by and between plaintiff Addie M.

7 | Miller and defendant Mark Ridley-Thomas that the above-captioned action be

8 | dismissed, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure without

9 | prejudice only as to defendant Mark Ridley-Thomas, this matter shall be, and hereby

10 | is, ordered dismissed without prejudice.

11

12 | IT IS SO ORDERED.

13

14 |  Dated: August 26, 2013            _____

15 |                                    HON. STEPHEN V. WILSON
16 |                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

HOA.1003444.1                                                              2:13-CV-00666 SVW-E

**ORDER OF DISMISSAL**                                 -2-