JOHN F. KRATTLI, County Counsel
RUBEN BAEZA, JR., Assistant County Counsel
RICHARD KUDO, Senior Deputy County Counsel
(SBN 84630) • rkudo@counsel.lacounty.gov
JESSIE LEE, Senior Associate County Counsel
(SBN 266711) • jlee@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1955 · Fax: (213) 687-8822

Attorneys for Defendant
MARK RIDLEY-THOMAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADDIE M. MILLER, | CASE NO. 2:13-CV-00666 SVW-E |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | [JS-6] |
| CRENSHAW CHAMBER OF COMMERCE, BLACK BUSINESS ASSOCIATION, WEST LOS ANGELES COMMUNITY DEVELOPMENT CORPORATION, BLACK BUSINESS ASSOCIATION, GREATER LOS ANGELES AFRICAN AMERICAN CHAMBER OF COMMERCE, SOUTHERN CALIFORNIA GRANT MAKERS, CALIFORNIA COMMUNITY FOUNDATION, CONGRESS OF RACIAL EQUALITY CALIFORNIA, MARK RIDLEY-THOMAS, THE LOS ANGELES COALITION OF ECONOMY AND JOBS, LOS ANGELES LEAGUE OF WOMEN VOTERS, THE LOS ANGELES LEAGUE OF CONSERVATION VOTERS, COMMUNITY COALITION, ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT, WATTS LABOR COMMUNITY ACTION COMMITTEE, CENTRAL CITY ASSOCIATION, SOUTH PARK ASSOCIATION, INC., THE LOS ANGELES AREA CHAMBER OF COMMERCE, VALLEY INDUSTRY | |

| | |
|---|---|
| 1 | AND COMMERCE ASSOCIATION, and THE LOS ANGELES BUSINESS COUNCIL, |
| 2 | |
| 3 | Defendants. |

In consideration of the stipulation by and between plaintiff Addie M. Miller and defendant Mark Ridley-Thomas that the above-captioned action be dismissed, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure without prejudice only as to defendant Mark Ridley-Thomas, this matter shall be, and hereby is, ordered dismissed without prejudice.

IT IS SO ORDERED.

Dated: August 26, 2013        _____

HON. STEPHEN V. WILSON
United States District Judge