1 RICHARD L. CHARNLEY (SBN 70430)
JAMIE M. KURTZ (SBN 255271)
2 ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
3 Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
4 Facsimile: (213) 312-2001
Email: rcharnley@rmkb.com
5          jkurtz@rmkb.com



FILED
CLERK, U.S. DISTRICT COURT
FEB 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

6 Attorneys for Defendant
SOUTHERN CALIFORNIA GRANTMAKERS

7

8         UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA

10

11 ADDIE M. MILLER,

12        Plaintiff,

13 v.

14 ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMAN;
15 BLACK BUSINESS ASSOCIATION; CALIFORNIA COMMUNITY
16 FOUNDATION; CENTER CITY ASSOCIATION CONGRESS OF
17 RACIAL EQUALITY CA; CRENSHAW CHAMBER OF
18 COMMERCE GREATER LAS ANGELES AFRICAN CHAMBER OF
19 COMMERCE; MARK RIDLEY-THOMAS, CHAIRMAN OF
20 EMPOWERMENT CONGRESS, SOUTH PARK ASSOCIATION INC.;
21 SOUTHERN CALIFORNIA GRANTMAKERS; THE LEAGUE OF
22 WOMEN VOTERS; THE LOS ANGELES AREA CHAMBER OF
23 COMMERCE; THE LOS ANGELES BUSINESS COUNCIL; THE LOS
24 ANGELES COALITION OF ECONOMY AND JOBS; THE LOS
25 ANGELES LEAGUE OF CONSERVATION VOTERS; VALLEY
26 INDUSTRY AND COMMERCE ASSOCIATION WATTS LABOR
27 COMMUNITY ACTION COMMITTEE; WEST ANGELUS
28 COC,

Case No. CV13-0666 SVW (Ex)

[PROPOSED] JUDGMENT OF DISMISSAL

Courtroom: 6
Judge:   Stephen V. Wilson

RC1/7169255.1/JMK                                                                     [PROPOSED] JUDGMENT OF DISMISSAL

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | |
|---|---|
| 1 | Defendants. |
| 2 | |

Pursuant to the Court's Order issued on August 1, 2013, which granted Defendant Southern California Grantmakers' Motion to Dismiss, with prejudice;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that Judgment of Dismissal is entered in favor of Southern California Grantmakers, and against Plaintiff Addie Miller.

**IT IS SO ORDERED:**

Dated: February 4, 2014

*/s/ Stephen V. Wilson*

HON. STEPHEN V. WILSON
United States District Court Judge